FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 2:24 pm, Jul 22, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KEITH G. COLEMAN, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-138 |
| v. | * | |
| C. GARRETT, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Petitioner Keith Coleman ("Coleman") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Coleman's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Coleman *in forma pauperis* status on appeal.

SO ORDERED, this _____ day of __July_____, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA